AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Deckers Outdoor Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-01209-E |
| | ) |
| Trends SNJ Inc, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** DOES 1-10, inclusive

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Brent Blakely
1334 Parkview Avenue
Suite 280
Manhattan Beach, CA 90266

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 05/26/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:21-cv-01209-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Trends SNT, Inc.
was received by me on *(date)* 6-8-21.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Samuel Kim, Authorized to Accept on behalf of Trends, a person of suitable age and discretion who resides there,
on *(date)* 6-19-21 _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6-30-21

*[signature]* PSCM87 EXP.4-30-22
Server's signature

Stephen C Buskirk, Process Server
Printed name and title

330 Blue Ribbon Rd, Waxahachie, TX 75165
Server's address

Additional information regarding attempted service, etc:

| Attorney or Party: | For Court Use Only |
|---|---|
| BLAKELY LAW GROUP<br>1334 PARKVIEW AVENUE<br>STE 280<br>Manhattan Beach, CA 90266<br>Telephone No: (310) 546-7400 | |
| Attorney for: Plaintiff | Ref. No. or File No.: 75325 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of Texas

Plaintiff: DECKERS OUTDOOR CORPORATION
Defendant: TRENDS SNJ INC., et al

| PROOF OF MAILING SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 3:21-cv-01209-E |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF INTERESTED PERSONS; NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

3. a. Party served: TRENDS SNJ, INC.

4. Address where the party was served: 168 GEORGIAN DRIVE
COPPELL, TX 75019

5. I served the party:
   d. **by other means** On: Fri., Jun. 25, 2021 at: 1:00PM by mailing the copies to the person served, addressed as shown in item 2c, by First Class Mail, postage prepaid, from: LOS ANGELES, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**
   a. SONIA RIVERA
   b. **County Legal Attorney Service**
   816 S. Figueroa Street
   Suite 100
   LOS ANGELES, CA 90017
   c. (213) 327-0014

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
     (i) Owner
     (ii) Registration No.: PS1664
     (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jun. 30, 2021

   (SONIA RIVERA)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF MAILING
SUMMONS IN A CIVIL

10234   .blala.10200